FILED

2017 Jan-05  AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| HARJAP NONE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:16-cv-1499-LSC-JEO |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

This is an action on a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 by Harjap None ("Petitioner"). Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1); *see generally Zadvydas v. Davis*, 533 U.S. 678 (2001). The cause comes to be heard on Respondents' motion to dismiss the case as moot. (Doc. 8). The motion is due to be granted.

Respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility at Gadsden, Alabama. (Doc. 8-1). In that declaration it is shown that Petitioner was removed from the United States

on December 13, 2016.  (*Id.*).  Thus, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  The Respondents' motion is due to be granted and this action is due to be dismissed.  A separate Final Order will be entered.

Done this 5th day of January 2017.

L. Scott Coogler
United States District Judge

[160704]